UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH CURKIN, PARASTOU MARASHI,
P. JENNY MARASHI,

              Plaintiffs,

– against –

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT ("NYPD")
DETECTIVE ROBERT GRAVES,
DETECTIVE MATTHEW MURPHY, and
SERGEANT SONIA CHRISTIAN,

              Defendants.

**ORDER**

18 Civ. 7541 (ER)

RAMOS, D.J.:

    On August 18, 2018, Seth Curkin, Parastou Marashi, and P. Jenny Marashi brought this civil rights action against the City of New York and others ("Defendants").  Doc. 1.  On August 12, 2020, discovery was completed.  Doc. 38.  On September 21, 2020, the Court issued an opinion granting in part and denying in part Plaintiffs' motion to amend the complaint.  Doc. 45.  At the December 9, 2020 conference, the Court directed Plaintiffs to file their amended complaint within two weeks, and any motion to reopen discovery thereafter.  On December 23, 2020, Plaintiffs filed the first amended complaint.  Plaintiffs have not filed a discovery motion.

    Accordingly, the parties are directed to participate in a telephonic status conference on **April 28, 2021 at 11 a.m.** using the following conference call information:  (877) 411-9748; Access Code: 3029857#.

    It is SO ORDERED.

Dated:    April 8, 2021
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.